UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ELIJAH JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD J. DONOVAN CORRECTIONAL FACILITY PROGRAM OFFICE, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-03721 NC (PR)<br><br>**ORDER OF TRANSFER** |

　　　　Plaintiff, a state prisoner at the Richard S. Donovan Correctional Facility ("RSD") in San Diego, California, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against RSD staff for unconstitutional acts. Dkt. No. 1. Because the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

　　　　Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

　　　　The Clerk shall terminate all pending motions and transfer the entire file to the

Eastern District of California.

**IT IS SO ORDERED.**

DATED: June 24, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2024\03721Jones_transfer(ED)