UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ELIJAH JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD J. DONOVAN CORRECTIONAL FACILITY PROGRAM OFFICE, et al.,<br><br>　　　　Defendants. | Case No.: 1:24-cv-00747-SKO<br><br>**ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA** |

　　Plaintiff Wayne Elijah Jones, a state prisoner appearing pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 in the United States District Court for the Northern District of California. (Doc. 1.) The action was then transferred to the Fresno Division of the United States District Court for the Eastern District of California on June 24, 2024.  (Docs. 4[1], 5.)

　　In his complaint,[2] Plaintiff alleges violations of his civil rights that took place in San Diego County, which is part of the United States District Court for the Southern District of California.  Therefore, the complaint should have been filed in the Southern District.

---

[1] This Court notes the Northern District's order mistakenly states that the "acts complained of occurred in Kings County." (Doc. 4 at 1.) Plaintiff's complaint however indicates the constitutional violations alleged occurred at the Richard J. Donovan Correctional Facility, which is in San Diego County.

[2] Plaintiff's complaint was not accompanied by an application to proceed *in forma pauperis*.

Case 1:24-cv-00747-SKO   Document 7   Filed 06/27/24   Page 2 of 2

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the United States District Court for the Southern District of California.

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. This action is transferred to the United States District Court for the Southern District of California; and

2. All future filings shall refer to the new Southern District case number assigned and shall be filed at:

>United States District Court
>Southern District of California
>333 West Broadway, Suite 420
>San Diego, CA 92101

IT IS SO ORDERED.

Dated:   **June 27, 2024**          /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE